UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>*Pratt v. Cadence Bank*, )<br>No. 23-cv-12996 (D. Mass) )<br>)<br>*Adams v. Cadence Bank*, )<br>No. 23-cv-13071 (D. Mass) ) | MDL No. 1:23-md-03083-ADB<br>Hon. Allison D. Burroughs |

## **NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiffs' Co-Lead Counsel and Defendant Cadence Bank (collectively, the "Parties") hereby notify the Court that they have reached an agreement in principle to settle the claims asserted against Cadence Bank in this MDL, subject to the finalization of a formal settlement agreement. In light of this development, the Parties respectfully request that the Court either hold in abeyance any ruling on Cadence Bank's Motion to Compel Arbitration or permit Cadence Bank to withdraw its Motion to Compel Arbitration without prejudice to refiling it in the event that the Parties are unable to finalize a formal settlement agreement or the settlement is not preliminarily or finally approved in the Court. The Parties also respectfully request that they be excused from presenting argument on Cadence Bank's pending Motion to Compel Arbitration during the October 9, 2024 status conference. The Parties will provide a status update to the Court regarding their progress as to the finalization of the formal settlement agreement at the next status conference.

[signatures on following pages]

Dated:  October 9, 2024                    Respectfully submitted,

By:  */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel:  (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By:  */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By:  */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By:  */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By: /s/ *Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: /s/ *Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: October 9, 2024

By: /s/ *Gavin Reinke*
Kristine McAlister Brown (*pro hac vice*)
Gavin Reinke (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel: (404) 881-7000
kristy.brown@alston.com
gavin.reinke@alston.com

Jared M. Slade (*pro hac vice*)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel: (214) 922-3400
jared.slade@alston.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2024, this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

                                        */s/ Gavin Reinke*
                                        Gavin Reinke